# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CAMERON ALLEN, | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| SHELBY COUNTY, ET AL. | CASE NO: 16-2997-STA-jay |
|     Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Dismissing Case without Prejudice entered on July 1, 2019, this cause is hereby DISMISSED without prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 7/1/2019

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk